**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

JACQUELINE BROWN,

Plaintiff,

v. Case No. 2:25-cv-02317-MSN-cgc

GLENN COLE, and
FREIGHT EXCHANGE OF
NORTH AMERICA,

Defendants.

---

**JUDGMENT**

---

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint (ECF No. 1), filed March 20, 2025.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the parties' Joint Stipulation of Dismissal (ECF No. 60), filed September 15, 2026, this matter is **DISMISSED WITH PREJUDICE**, with the parties bearing their own respective costs.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

September 16, 2026
Date